# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **IRENE HERRERA,** *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| V. | § | CIVIL ACTION NO. 5:17-CV-237 |
| **WEBB COUNTY, TEXAS,** *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Before the Court is the Plaintiffs' and Defendants Webb County, Texas, Orlando Villanueva, Hortencia Avalos, Maria Vaillancourt, and Julio Arriaga ("the Parties") Motion for Dismiss [*sic*] with Prejudice. (Dkt. No. 138). The Parties "have resolved the dispute between them" and request entry of "an order of dismissal with prejudice of all pending claims and parties." (*Id.* at 1). Based on the foregoing, the Parties' Motion for Dismiss [*sic*] with Prejudice, (Dkt. No. 138), is **GRANTED**.

On September 30, 2019, the Court dismissed the claims against Defendant Dr. Arturo Garza-Gongora, with prejudice. (Dkt. No. 45).

Therefore, it is hereby **ORDERED** that all pending claims and parties in this lawsuit are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. This is a final order, disposing of all issues and parties in this case, when considered together with the Court's interlocutory order dismissing claims against Dr. Arturo Garza-Gongora. (Dkt. No. 45).

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** on August 1, 2022.

John A. Kazen
United States Magistrate Judge